455 A.2d 635

**COMMONWEALTH of Pennsylvania**

v.

**Milton JOHNSON, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 24, 1983.

Decided Feb. 1, 1983.

John Brendan Elbert, Janet M. Sonnenfeld, James W. Tracey, III, Philadelphia, for appellant.

David E. Fritchey, Deputy Dist. Atty., for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM.

Judgment of sentence affirmed.